AMITY BANK *v.* GEORGE J. SCARVELES ET AL.
(11173)

O'Connell, Landau and Heiman, Js.

Argued September 27—decision released October 24, 1995

*Max F. Brunswick*, for the appellant (named defendant).

*Thomas E. Crosby*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.